No. 23, original. Ex parte HARPER ET AL. Submitted November 24, 1930. Decided December 1, 1930. The motion for leave to file petition for writ of mandamus is granted and a rule to show cause is ordered to issue. *Messrs. Henry J. Balzer* and *Charles T. Coleman* for petitioners. See *post,* p. 810.

No. —, original. Ex parte BLAINE. Submitted November 24, 1930. Decided December 1, 1930. The motions for leave to file petition for writ of habeas corpus and for leave to proceed *in forma pauperis* are denied. *Mr. William Wallace Blaine, pro se.*

No. 35. GENERAL MOTORS ACCEPTANCE CORP. *v.* UNITED STATES. Motion submitted November 4, 1930. Decided December 1, 1930. *Per Curiam:* The motion to bring up the entire record and cause is granted. On inspection of the record as presented upon that motion, and the confession of error by the Government in view of the decision of this Court in *Richbourg Motor Company* v. *United States,* 281 U. S. 528, it is ordered that the judgment be, and the same is hereby, reversed, and the cause is remanded to the District Court of the United States for the District of Nebraska with instruction to dismiss the libel. *Messrs. John Thomas Smith* and *Fontaine Bradley* for General Motors Acceptance Corporation. *Solicitor General Thacher* and *Assistant Attorney General Youngquist* for the United States.